IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DALLAS RAY WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11-CV-513-ID |
| ) | (WO) |
| STATE OF ALABAMA OPERATOR ) | |
| ENGINEERS POSTAL GENERAL ) | |
| BIOGRAFT CLONE MAGNET, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Before the court are the Recommendation of the Magistrate Judge, (Doc. #4), Plaintiff's Objection, (Doc. #7), and the Plaintiff's Amended Objection, (Doc. #11). Having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Plaintiff's Objection, (Doc. #7), and Plaintiff's Amended Objection, (Doc. #11), be and the same are hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #4) be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. This case be and the same is hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this the 5th day of August, 2011.

                                        /s/ W. Keith Watkins
                                        CHIEF UNITED STATES DISTRICT JUDGE